## Ex parte BUFORD HAYES.

No. A-2539.  Opinion Filed April 24, 1917.

(164 Pac. 989.)

Buford Hayes applied for a writ of *habeas corpus.* Demurrer to petition sustained, and writ denied.

PER CURIAM.  Demurrer to petition sustained, and writ denied.